

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00368-CR

John Christopher **SPRINGALL**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC-5316
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Notification of Late Record is hereby Noted. The portion of the reporter's record to be filed by Cindy E. Huggins must be filed no later than August 11, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court